1 KARIN G. PAGNANELLI (SBN 174763)
kgp@msk.com
2 MARC E. MAYER (SBN 190969)
mem@msk.com
3 MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
4 Los Angeles, California 90064-1683
Telephone: (310) 312-2000
5 Facsimile: (310) 312-3100

6 Attorneys for Nexon America, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXON AMERICA, INC. a Delaware corporation<br><br>           Plaintiff.<br><br>     v.<br><br>S.H. (a/k/a "ch1nkayy," "GoSu," "Charizard" "Jordan Cheng," "Rick Chua," and "Alex Sarmiento"), a minor, by and through EDWARD CHEE, as guardian ad litem, J.H. (a/k/a "Mike" and "GodlyNL"), a minor, by and through JILL HEFETZ, as guardian ad litem and DOES 1 through 10, inclusive<br><br>           Defendants. | CASE NO.  CV 10-9689 PA (JCx)<br><br>The Honorable Percy Anderson<br><br>**JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANT SITHU HEIN** |

Plaintiff Nexon America Inc. ("Nexon") and Defendant SiThu Hein ("Defendant") having entered into a Stipulation for Entry of Judgment and Permanent Injunction,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment shall be entered against Defendant in the amount of seven hundred fifty thousand dollars ($750,000).

2. Defendant and all persons acting under Defendant's direction or control (including but not limited to his agents, representatives and employees), shall immediately and permanently cease and desist from:

    A. infringing Nexon's copyrighted works, including without limitation, by (1) developing or operating, or participating in the operation of, any "private" or emulated server for MapleStory or any Nexon product, including the server known as RydahMS; (2) distributing any Nexon game client, including the MapleStory client; (3) developing, distributing or otherwise disseminating any software product (including the product known as "RydahMS EXE") that enables any Nexon product, including MapleStory to be played or operated on a private or emulated server; and/or (4) developing, distributing or otherwise disseminating any software "hacks" or "cheats" that enable users to alter or edit game packets, edit hex values, or access memory locations within any Nexon product, including MapleStory.

    B. inducing or contributing to third party infringements of Nexon's copyrighted works, including by linking to or providing the location

Mitchell Silberberg & Knupp LLP
4422942.1

of any website or "locker" site that contains any Nexon game client, including the MapleStory client, or any software that enables any Nexon product, including MapleStory to be played on any emulated or "private" server, including RydahMS.

C. violating or aiding and abetting a violation of Section 1201(a) or (b) of the DMCA, including, without limitation, by (1) circumventing, or participating in the circumvention of, any access or copy control technologies that protect a Nexon product (including HackShield), and/or (2) trafficking in, or participating the trafficking in, any circumvention device.

D. intentionally interfering with Nexon's contracts with players, including, without limitation, by encouraging or inducing any players to use emulated servers or modify Nexon technology; and

E. violating the Nexon Terms of Use, including, without limitation, by using any emulated or private server.

3. Any company or entity that Defendant owns or operates in the future shall also comply with the provisions of this Permanent Injunction.

4. Defendant irrevocably and fully waives notice of entry of the Judgment and Permanent Injunction and notice and service of the entered Judgment and Permanent Injunction and understands, confirms, and agrees that violation of the Permanent Injunction will expose Defendant to all penalties provided by law, including contempt of Court.

5. Defendant irrevocably and fully waives any and all rights to appeal this Judgment, to have it vacated or set aside, to seek or obtain a new trial thereon, or otherwise to attack in any way, directly or collaterally, its validity or enforceability.

6. Nothing contained in this Judgment shall limit the right of Nexon to seek relief, including without limitation, damages, for any and all infringements by Defendant of Nexon's copyrighted works occurring after the date of this Judgment.

7. This Judgment and Permanent Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8. The Court finds there is no just reason for delay in entering this Judgment and Permanent Injunction and, pursuant to Federal Rule of Civil Procedure 54(a), the Court directs immediate entry of this Judgment and Permanent Injunction against Defendant.

9. The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment and Permanent Injunction.

IT IS SO ORDERED.

Dated: February 15, 2012  _____
Honorable Percy Anderson
United States District Judge